

# Fourth Court of Appeals
## San Antonio, Texas

June 29, 2016

No. 04-16-00095-CV

**IN THE INTEREST OF I.A.M. AND R.A.M.**,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-02978
Honorable Dick Alcala, Judge Presiding

## O R D E R

Appellee's motion for extension of time to file the appellee's brief is granted. We order the appellee's brief due July 18, 2016. If the brief is not timely filed, the court may set the appeal for submission without an appellee's brief and without further notice.

_Luz Elena D. Chapa, Justice_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of June, 2016.

Keith E. Hottle
Clerk of Court